ANTHONY J. DENTE, Respondent, v. ANN M. DENTE, Appellant, et al., Defendant.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.

JAMES FOLEY, Appellant, v. CONTINENTAL CASUALTY COMPANY, Respondent.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

BERNARD FRANKEL, Respondent, v. LONG ISLAND CONSULTATION CENTER, INC., Appellant.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.